Location: DE50 Citation: V0095722 SIDE: A

New Citation Search   New Hearing Search

REDACTED

Of-03P.

## United States District Court
## Violation Notice

CVB Location Code: **DE-50**

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| V 0095722 | Hom David | 2292 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ STATE CODE |
|---|---|
| 6/25/2007 1000 | 38 CFR 1.218(B)28 |

Place of Offense: VA WILMINGTON MEDICAL CENTER

Offense Description: ILLEGALLY PARKED WITHIN INTERSECTION TURN LANE (NOT A PARKING SPOT)

**DEFENDANT INFORMATION** | Phone ( ) -

| Last Name | First Name | M I |
|---|---|---|
| OLIVER | JERRY | |

Street Address:

| City | State | ZIP Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| DOVER | DE | 19904 | 1947 |

| Drivers License No | D L State | Social Security No |
|---|---|---|
| | DE | |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair __ Eyes __ Height __ Weight __

**VEHICLE DESCRIPTION**   VIN: 1B3EJ46X3YN114721

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 115532 | DE | 2000 | DODGE/STRATUS | SILVER |

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT See Instructions (on back of yellow copy)

**B** ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT See Instructions (on back of yellow copy)

$ 25.00 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT ▶** $ 50.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
**9TH & KING STREETS**
**WILMINGTON, DE. 19801**

Date of Birth (mm/dd/yyyy): __
Time (hh mm): __

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature_____

VA FORM 9019, JUN 2005
Original - CVB Copy