| AO 432 (Rev. 2/84) | Administrative Office of the United States Courts  VA TICKET V0095722 | | | | | |
|---|---|---|---|---|---|---|
| **WITNESS AND EXHIBIT RECORD** | | | | | | |
| DATE 3/6/08 | CASE NUMBER 08-03PO | OPERATOR GOLDEN | | | PAGE NUMBER | |
| NAME OF WITNESS | | DIRECT | CROSS | ~~REDIRECT~~ | RECROSS | PRESIDING OFFICIAL |
| VA SECURITY OFFICER (Gov+) DAVID HUM (SWORN) | | 9:51 | 10:02am | EXCUSED | 10:02am | |
| Δ JERRY OLIVER (SWORN) | | 10:02am | 10:09am | EXCUSED | 10:12am | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| GOVT 1 | PHOTO OF SILVER DODGE STRATUS | NO OBJ | NO OBJ |
| GOVT 2 | PHOTO OF SILVER DODGE STRATUS OUTSIDE OF PARKING LINES | " | " |
| DEFT 1 | PHOTO OF EMPTY PARKING SPACE | NO OBJ | NO OBJ |
| DEFT 2 | PHOTO OF TWO CARS PARKED FADED LINES | " | " |
| DEFT 3 | PHOTO OF AUTO W/WT TICKET 3/3/08 | " | " |
| DEFT 4 | PHOTO OF RED CAR W/OUT TICKET 3/6/08 | " | " |
| DEFT 5 | PHOTO OF PARKING AREA (NO SIGNS CAPTURED) | " | " |
| DEFT 6 | PHOTO OF PARKING AREA CAPTURED (NO SIGNS). | " | " |