AO 245H (Rev 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For a Petty Offense) - Short Form |
| JERRY OLIVER | CASE NUMBER: 08-03PO- LPS ( V0095722 ) |
| | USM NUMBER: N/A |
| | N/A |
| | Defendant's Attorney |

THE DEFENDANT:

☐ THE DEFENDANT pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:13 (38 CFR 1.218(b)28 ) | ILLEGAL PARKING | 6/25/2007 | I |
| | | | |
| | | | |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| **Total:** $30.00 | $ 5.00 | $ 25.00 |

| Defendant's Soc. Sec No | -2734 | March 6.2008 |
| Defendant's Date of Birth | 1947 | Date of Imposition of Judgment |
| | | *[signature]* |
| | | Signature of Judge |
| Defendant's Residence Address | | |
| Dover, DE 19904 | | |
| | | Honorable Leonard P. Stark, United States Magistrate Judge |
| | | Name and Title of Judge |
| | | July 18, 2008 |
| | | Date |
| Defendant's Mailing Address | | |
| Dover, DE 19904 | | |